Clark R. Ebert, Appellee, v. Austin C. Armstrong, Appellant.

Gen. No. 43,122.

Heard in the second division,

first district, this court at the June term, 1944; opinion filed December 18, 1945; rehearing denied January 2, 1946; released for publication January 2, 1946. Brown, Cox & Wexman, for appellant; Hurford, & Feigenholtz, for appellee; Harold L. Feigenholtz and Eugene A. Busch, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.